UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID A. SANDERS

VERSUS

JEFF WILEY, ET AL

CIVIL ACTION

NUMBER 12-688-BAJ

**RULING AND
ORDER OF DISMISSAL**

The Court has carefully considered the Complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated July 3, 2013 (doc. no. 15), to which no objection has been filed.

The Court hereby approves the Report and Recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, Plaintiff's claims are dismissed pursuant to plaintiff's complaint be dismissed, without prejudice, pursuant to Rule 4(m), Fed.R.Civ.P.

Baton Rouge, Louisiana, _September 27_, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA